Highway Mutual Casualty Company, Appellee, v. Liberty Display Fireworks Company et al., Appellants.

Gen. No. 43,552.

opinion filed March 11, 1946; released for publication March 25, 1946. B. H. Baskin, for appellants; George C. Rabens, of counsel; Weinzelbaum & Randolph, Arnold Berger and Robert L. Brody, for appellee; Robert L. Brody, of counsel. Opinion by PRESIDING JUSTICE MATCHETT. Not to be published in full.